**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| FEI ZHENG,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM,<br>Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00446<br><br><br><br>District Judge Matthew W. McFarland<br><br>Magistrate Judge Karen L. Litkovitz |

**ORDER GRANTING MOTION TO STAY**

This case is before the Court upon Defendants' Motion to Stay, or in the Alternative, Motion for Extension of Time to Answer, Move or otherwise Plead to Plaintiff's Complaint. (Doc. #8). Defendants request that the Court stay this case for 90 days, or, until U.S. Citizenship and Immigration Services (USCIS) renders a final decision on Plaintiff Fei Zheng's pending Form I-485. *Id.* at PageID 31. Defendants represent that Plaintiff agreed to a stay of 90 days. *Id.* at PageID 32.

Defendants' Motion to Stay (Doc. #8) is hereby **GRANTED**. Accordingly, this case is hereby **STAYED for 90 days.**

**IT IS SO ORDERED.**

9/9/2025
Date

Karen L. Litkovitz
Karen L. Litkovitz
United States Magistrate Judge